## IN THE CIRCUIT COURT OF MINGO COUNTY, WEST VIRGINIA

**KAREN SPRADLIN,**
**Plaintiff,**

2022 JAN 24  PM 4: 50

MINGO COUNTY CIRCUIT CLERK

v.

Civil Action No.

**BRUCE JOHNSON and**
**FAMILY TREE SERVICE LLC,**
**Defendants.**

## COMPLAINT

Now comes your Plaintiff KAREN SPRADLIN, by counsel, Jeffrey S. Simpkins, Simpkins Law, and for this cause of action against Defendant Bruce Johnson ("Defendant Johnson"), and Defendant Family Tree Service, LLC ("Defendant Family Tree Service"), hereby aver as follows:

### PARTIES

1. Plaintiff Karen Spradlin is a West Virginia citizen residing at 307 Right Fork Beech Creek, Matewan, West Virginia, 25678.

2. Defendant Johnson is an Iowa citizen residing at 2124 S 3rd Street, Burlington, Iowa, 52601.

3. Defendant Family Tree Service is a foreign limited liability company transacting business in West Virginia with a principal office address of 3640 Copper Oak Circle, Green Bay, Wisconsin, 54313.

### JURISDICTION AND VENUE

4. Mingo County Circuit Court has original and general jurisdiction pursuant to West Virginia Code § 51-2-2(b).

5. Venue is proper in Mingo County Circuit Court pursuant to West Virginia Code § 56-1-1(a)(1).

## FACTS

6. On 8 July 2021, Defendant Johnson, who at all times relevant herein was Defendant Family Tree Service's agent or employee acting within the scope of the agency or employment and with Defendant Family Tree Service's express or implied permission, operated a commercial motor vehicle in such a careless matter that he began backing down Calico Mountain near Beech Creek, Mingo County, West Virginia, when he struck the vehicle operated by the Plaintiff, Karen Spradlin, causing disabling damage to the vehicle; and directly and proximately caused a collision on WV Route 8 in Mingo County, West Virginia.

## COUNT I

## NEGLIGENCE – DEFENDANT JOHNSON

7. Plaintiff Karen Spradlin adopts and incorporates the preceding averments by reference as if fully set forth verbatim herein.

8. Defendant Johnson had a duty to exercise reasonable care and precaution while driving.

9. Defendant Johnson breached the duty of reasonable care and precaution by negligently and unlawfully failing to keep a sufficient visual lead and proper lookout; failing to maintain control; and by improperly backing the single unit truck into the vehicle driven by Karen Spradlin in violation of WV Code 17C-14-2; and directly and proximately causing the collision.

10. Plaintiff Karen Spradlin sustained serious and permanent bodily injuries as

a direct and proximate result of Defendant Johnson's negligence.

11. Plaintiff Karen Spradlin has experienced, and will continue in the future to experience, pain and suffering as a direct and proximate result of Defendant Johnson's negligence.

12. Plaintiff Karen Spradlin has experienced, and will continue in the future to experience, mental anguish as a direct and proximate result of Defendant Johnson's negligence.

13. Plaintiff Karen Spradlin has incurred, and will continue in the future to incur, reasonable and necessary medical expenses as a direct and proximate result of Defendant Johnson's negligence.

14. Plaintiff Karen Spradlin has sustained, and will continue in the future to sustain, an impairment of the ability to enjoy life as a direct and proximate result of Defendant Johnson's negligence.

15. Plaintiff Karen Spradlin has sustained compensatory damages in excess of the jurisdictional limit of Mingo County Circuit Court as a direct and proximate result of Defendant Johnson's negligence.

## COUNT II

### NEGLIGENCE – Defendant Family Tree Service

16. Plaintiff Karen Spradlin adopts and incorporates the preceding averments by reference as if fully set forth verbatim herein.

17. Defendant Family Tree Service had a duty to exercise reasonable care and precaution to prevent agents and/or employees from driving commercial vehicles in such a careless or reckless manner causing collisions with other motor vehicles, ie., by failing

to maintain vehicles under proper control and improper backing which was the direct and proximate cause of the collision.

20. Plaintiff Karen Spradlin sustained serious and permanent bodily injuries as a direct and proximate result of Defendant Family Tree Service's negligence.

19. Plaintiff Karen Spradlin has experienced, and will continue in the future to experience, pain and suffering as a direct and proximate result of Defendant Family Tree Service's negligence.

20. Plaintiff Karen Spradlin has experienced, and will continue in the future to experience, mental anguish as a direct and proximate result of Defendant Family Tree Service's negligence.

21. Plaintiff Karen Spradlin has incurred, and will continue in the future to incur, reasonable and necessary medical expenses as a direct and proximate result of Defendant Family Tree Service's negligence.

22. Plaintiff Karen Spradlin has sustained, and will continue in the future to sustain, an impairment of the ability to enjoy life as a direct and proximate result of Defendant Family Tree Service's negligence.

23. Plaintiff Karen Spradlin has sustained compensatory damages in excess of the jurisdictional limit of Mingo County Circuit Court as a direct and proximate result of Defendant Family Tree Service's negligence.

## COUNT IV

### VICARIOUS LIABILITY

24. Plaintiff Karen Spradlin adopts and incorporates the preceding averments by reference as if fully set forth verbatim herein.

25. Pursuant to the rule of *respondeat superior*, Defendant Family Tree Service is vicariously liable for the torts committed by Defendant Johnson within the scope of the agency or employment with Defendant Family Tree Service. See <u>Musgrove v. Hickory Inn Inc.</u>, 168 W.Va. 65, 281 S.E.2d 499 (1981).

26. Pursuant to the initial permission rule, Defendant Family Tree Service is vicariously liable for the negligence of Defendant Johnson during the permissive use. See <u>Universal Underwriters Ins. Co. v. Taylor</u>, 185 W. Va. 606, 408 S.E.2d 358 (1991).

## COUNT V

## PUNITIVE DAMAGES

27. Plaintiff Karen Spradlin adopts and incorporates the preceding averments by reference as if fully set forth verbatim herein.

28. Defendant Johnson and Defendant Family Tree Service engaged in conduct that was carried out with a conscious, reckless, and outrageous indifference to the health, safety, and welfare of others. See *West Virginia Code § 55-7-29(a)*.

## DEMAND

Plaintiff Karen Spradlin herebys demand judgment against Defendant Johnson and Defendant Family Tree Service in excess of the jurisdictional limit of Mingo County Circuit Court for the following damages and other relief:

(a) Serious and permanent bodily injuries;

(b) Past and future pain and suffering;

(c) Past and future mental anguish;

(d) Past and future medical expenses;

(e) Past and future impairment of the ability to enjoy life;

(f) Past and future loss of consortium;

(g) Punitive damages;

(h) Statutory judgment interest pursuant to West Virginia Code § 56-6-31; and

(i) Such other relief deemed appropriate under the circumstances.

*PLAINTIFFS DEMAND A JURY TRIAL

**KAREN SPRADLIN**
**By Counsel**

s/Jeffrey S. Simpkins
**Jeffrey S. Simpkins, Esq.**
**WVSB #9806**
**SIMPKINS LAW**
**102 E. 2nd Ave.**
**Williamson, WV 25661**
**304.235.2735**
simpkinslawoffice@gmail.com

IN THE CIRCUIT COURT OF _____MINGO_____ COUNTY, WEST VIRGINIA

## CIVIL CASE INFORMATION STATEMENT
(Civil Cases Other than Domestic Relations)

**I. CASE STYLE:**

| | |
|---|---|
| **Plaintiff(s)** | ADMITTED TO RECORD **Case No.** _____ |
| KAREN SPRADLIN | 2022 JAN 24 PM 4:30 **Judge:** THOMPSON |
| 307 RIGHT FORK BEECH CREEK | MINGO COUNTY CIRCUIT CLERK **Plantiff's Phone:** 304.426.8813 |
| MATEWAN, WV 25678 | |
| vs. | |
| **Defendant(s)** | **Days to Answer** 30   **Type of Service** SECRETARY OF STATE |
| BRUCE JOHNSON | |
| Name | |
| 2124 S 3RD STREET | **Defendant's Phone:** |
| Street Address | |
| BURLINGTON, IOWA 52601 | |
| City, State, Zip Code | |

**II. TYPE OF CASE:**

- [✓] General Civil
- [ ] Mass Litigation [As defined in T.C.R. 26.04(a)]
  - [ ] Asbestos
  - [ ] FELA Asbestos
  - [ ] Other: _____
- [ ] Habeas Corpus/Other Extraordinary Writ
- [ ] Other: _____

- [ ] Adoption
- [ ] Administrative Agency Appeal
- [ ] Civil Appeal from Magistrate Court
- [ ] Miscellaneous Civil Petition
- [ ] Mental Hygiene
- [ ] Guardianship
- [ ] Medical Malpractice

**III. JURY DEMAND:** [✓] Yes [ ] No  CASE WILL BE READY FOR TRIAL BY (Month/Year): ___/___

**IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS?**

[ ] Yes [✓] No

**IF YES, PLEASE SPECIFY:**
- [ ] Wheelchair accessible hearing room and other facilites
- [ ] Reader or other auxiliary aid for the visually impaired
- [ ] Interpreter or other auxiliary aid for the deaf and hard of hearing
- [ ] Spokesperson or other auxiliary aid for the speech impaired
- [ ] Foreign language interpreter-specify language: _____
- [ ] Other: _____

| | |
|---|---|
| Attorney Name: JEFFREY S. SIMPKINS | Representing: |
| Firm: SIMPKINS LAW | [✓] Plaintiff   [ ] Defendant |
| Address: 102 EAST SECOND AVE, WILLIAMSON, WV 25661 | [ ] Cross-Defendant   [ ] Cross-Complainant |
| Telephone: 304.235.2735 | [ ] 3rd-Party Plaintiff   [ ] 3rd-Party Defendant |
| [ ] Proceeding Without an Attorney | |

Original and _____ copies of complaint enclosed/attached.

Dated: 1 / 24 / 22   Signature: _____

SCA-C-100: Civil Case Information Statement (Other than Domestic Relations)   Revision Date: 4/2020

Plaintiff: KAREN SPRADLIN _____, et al   Case Number: _____

vs.

Defendant: BRUCE JOHNSON ET AL _____, et al

# CIVIL CASE INFORMATION STATEMENT
## DEFENDANT(S) CONTINUATION PAGE

FAMILY TREE SERVICE LLC
Defendant's Name

3640 COPPER OAK CIRCLE
Street Address

Green Bay, WISCONSIN 54313
City, State, Zip Code

Defendant's Phone: _____

Days to Answer: 30

Type of Service: SECRETARY OF STATE

---

Defendant's Name

Street Address

City, State, Zip Code

Defendant's Phone: _____

Days to Answer: _____

Type of Service: _____

---

Defendant's Name

Street Address

City, State, Zip Code

Defendant's Phone: _____

Days to Answer: _____

Type of Service: _____

---

Defendant's Name

Street Address

City, State, Zip Code

Defendant's Phone: _____

Days to Answer: _____

Type of Service: _____

---

Defendant's Name

Street Address

City, State, Zip Code

Defendant's Phone: _____

Days to Answer: _____

Type of Service: _____

---

Defendant's Name

Street Address

City, State, Zip Code

Defendant's Phone: _____

Days to Answer: _____

Type of Service: _____

---

Defendant's Name

Street Address

City, State, Zip Code

Defendant's Phone: _____

Days to Answer: _____

Type of Service: _____

SCA-C-100: Civil Case Information Statement-Defendant(s) Continuation Page       Revision Date: 4/2020

## IN THE CIRCUIT COURT OF MINGO COUNTY, WEST VIRGINIA

**KAREN SPRADLIN,**
    Plaintiff,

v.                                        Civil Action No. 22-C-3

**BRUCE JOHNSON and**
**FAMILY TREE SERVICE LLC,**
    Defendants.

**TO:**    West Virginia Secretary of State Mac Warner

**SERVE:**    Bruce Johnson
                  2124 S 3rd Street
                  Burlington, Iowa 52601

## SUMMONS

Within **30 days** after service of this Summons on you, exclusive of the day of service, you are required to file and serve an Answer, including any defense or counterclaim, to the Complaint delivered herewith. You must file your Answer with the Court and serve a copy thereof on the Plaintiff's Attorney:

**JEFFREY S SIMPKINS ESQ**
**SIMPKINS LAW OFFIC PLLC**
**102 E 2ND AVE**
**WILLIAMSON WV 25661**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint and you will be barred from asserting in another action any defense or counterclaim that must be asserted in this action.

Date: 24 January 2022

                                                    _____
                                                    Circuit Clerk

                                      By: _____
                                                    Deputy Clerk

IN THE CIRCUIT COURT OF MINGO COUNTY, WEST VIRGINIA

**KAREN SPRADLIN,**
    Plaintiff,

v.   Civil Action No. 22-C-3

**BRUCE JOHNSON and**
**FAMILY TREE SERVICE LLC,**
    Defendants.

TO:    West Virginia Secretary of State Mac Warner

SERVE:    Family Tree Service, LLC
    3640 Copper Oak Circle
    Green Bay, Wisconsin 54313

## SUMMONS

Within **30 days** after service of this Summons on you, exclusive of the day of service, you are required to file and serve an Answer, including any defense or counterclaim, to the Complaint delivered herewith. You must file your Answer with the Court and serve a copy thereof on the Plaintiff's Attorney:

**JEFFREY S SIMPKINS ESQ**
**SIMPKINS LAW OFFIC PLLC**
**102 E 2ND AVE**
**WILLIAMSON WV 25661**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint and you will be barred from asserting in another action any defense or counterclaim that must be asserted in this action.

Date: 24 January 2022

Circuit Clerk

By: _____
Deputy Clerk